```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12568
    CHARLES E STRAWDER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-8901

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 07/13/2007 and was not confirmed.

      The case was dismissed without confirmation 08/30/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
ACCREDITED HOME LENDERS   CURRENT MORTG         .00          .00           .00
AMC MORTGAGE SERVICES     CURRENT MORTG         .00          .00           .00
LITTON LOAN SERVICING     SECURED NOT I         .00          .00           .00
CAPITAL ONE               UNSECURED         1472.52          .00           .00
ACCREDITED HOME LENDERS   SECURED NOT I    34549.69          .00           .00
AMC MORTGAGE SERVICES     SECURED NOT I    26664.72          .00           .00
AMC MORTGAGE SERVICES IN  NOTICE ONLY     NOT FILED          .00           .00
LITTON LOAN SERVICING     CURRENT MORTG         .00          .00           .00
FORREST L INGRAM          DEBTOR ATTY           .00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                      --------------    --------------
TOTALS                     .00                  .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 12568 CHARLES E STRAWDER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE